UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                       No. C-13-2433 EMC (pr)

DEXTER BROWN,

        Plaintiff.                             **ORDER OF DISMISSAL**

_____/

        This action was opened on May 30, 2013, when the Court received from Dexter Brown a letter about the conditions of confinement at the California Medical Facility in Vacaville. On that date, the Court notified Mr. Brown in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint and *in forma pauperis* application within twenty-eight days. Mr. Brown did not file a complaint or an *in forma pauperis* application, and the deadline by which to do so has passed. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

        IT IS SO ORDERED.

Dated: September 9, 2013

                                                                  _____
                                                                   EDWARD M. CHEN
                                                                   United States District Judge